EXHIBIT 1

# *Engineering Report*

**HADASSA ZARFATY,**
           **vs.**
**GARDEN FRESH RESTAURANT**
**CORP., a foreign corporation,**
**d/b/a SWEET TOMATOES,**

Case No.: 0:15-cv-60268-WJZ
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
           FORT LAUDERDALE DIVISION

*Prepared by:*
M. Reza Vaghar, Ph.D., P.E., CXLT
Forensic Engineering Technologies, LLC.
255 Primera Boulevard, Suite 128
Lake Mary, Florida  32746

February 26, 2016





255 Primera Boulevard, Suite 128
Lake Mary, FL 32746
TEL (407) 333-2690
FAX (407) 333-2485

February 26, 2016


Henry A. Seiden, Esq.

6274 Linton Blvd., Suite 103

Delray Beach, FL 33484


**Re:     Report of Findings**

**Zarfaty v Garden Fresh**

**FET Project #: 4944**


Mr. Seiden:


On February 23, 2016, I inspected and documented the floor of the Sweet Tomatoes Restaurant, located at 801 South University Drive, Plantation, Broward County, Florida. The restaurant was closed and was moved from the property at the time of my inspection.


I examined the floor tiles in the former self-serve beverage area of the restaurant (Figure 1). In this area, there were three different tile types 12x12 inch gray tiles, 6x6 inch white tiles and 6x6 inch green tiles (Figure 2). I measured the slip index at seven locations (Figures 3 to 9). I used an English XL Variable Incidence Articulated Strut Tribometer "VIT" for my slip index measurements. The English XL VIT that I used is calibrated and validated and conforms to all requirements of ASTM F2508-11 "Standard Practice for Validation and Calibration of Walkway Tribometers Using Reference Surfaces."



The slip index of all measured tiles under dry condition was within the range of 0.58 to 0.65. The slip index measured on the gray tiles and on the white tiles was within the range of 0.38 to 0.40 when the floor was wet with water. However, the slip index of the green tile was much lower, within the range of 0.13 to 0.15 when the floor was wet with water. Table 1 shows my slip index measurements.

It is generally accepted that a surface with a slip index of less than 0.5 (when measured by an English XL VIT) is not sufficiently slip resistant. In this case, the measured grey and white tiles have a slip index of 0.4 when wet with water, and therefore these floor tiles are slippery and dangerous when wet. The measured green tile has a slip index of 0.15 when wet with water, and therefore this floor tile is extremely slippery and unreasonably dangerous when wet.

The opinions and conclusions expressed in this report are based upon personal examination of the tile floor, as well as my education, training, and experience as a licensed professional engineer, and have been reached within a reasonable degree of engineering probability. These opinions may be amended or supplemented should new information become available.

Very truly yours,

M. Reza Vaghar, Ph.D., P.E., CXLT

Attachments:

        Appendix A – Figures and Tables

        Appendix B – Curriculum Vitae

        Appendix C – Testimony List

        Appendix D – Compensation

# Appendix A




*Figure 1. Former self-serve beverage area of the restaurant.*



*Figure 2. Tile types of the measured area.*





**Figure 3. Slip index measurement of the tile floor at location 1.**



**Figure 4. Slip index measurement of the tile floor at location 2.**




*Figure 5. Slip index measurement of the tile floor at location 3.*



*Figure 6. Slip index measurement of the tile floor at location 4.*





*Figure 7. Slip index measurement of the tile floor at location 5.*



*Figure 8. Slip index measurement of the tile floor at location 6.*





*Figure 9. Slip index measurement of the tile floor at location 7.*



*Table 1. Slip index of the tile floor*

| Dry measurements | | | | |
|---|---|---|---|---|
| | North[*] | East | South | West |
| Location 1 | 0.65 | 0.60 | 0.60 | 0.63 |
| Location 2 | 0.60 | 0.60 | 0.60 | 0.60 |
| Location 3 | 0.63 | 0.60 | 0.65 | 0.60 |
| Location 4 | 0.60 | 0.58 | 0.60 | 0.58 |
| Location 5 | 0.60 | 0.63 | 0.60 | 0.60 |
| Wet measurements | | | | |
| | North[*] | East | South | West |
| Location 1 | 0.40 | 0.40 | 0.38 | 0.40 |
| Location 2 | **0.15** | **0.13** | **0.15** | **0.15** |
| Location 3 | 0.40 | 0.40 | 0.40 | 0.40 |
| Location 4 | 0.40 | 0.38 | 0.40 | 0.38 |
| Location 5 | 0.40 | 0.40 | 0.38 | 0.40 |
| Location 6 | 0.38 | 0.38 | 0.38 | 0.40 |
| Location 7 | 0.38 | 0.38 | 0.40 | 0.38 |

[*]North is assumed to be toward the beverage station.

# Appendix B

# Curriculum Vitae
## M. Reza Vaghar, Ph.D., P.E.



Dr. Vaghar's work experience includes positions in consulting firms, research laboratories, and academia. As an adjunct professor, he has taught courses in mechanics and design. As a research scientist, he has been involved in the design and manufacturing of mechanical structures. As a mechanical engineering consultant for more than 15 years, he specializes in walkway safety, vehicular accident reconstruction, product failure, and safety analysis. He applies the principles of physics, engineering, and safety to the evaluation of walkways, consumer products and manufacturing processes. Dr. Vaghar has reconstructed many accidents involving automobiles, motorcycles, pedestrians, and commercial vehicles.

## Licensure and Certification

- Licensed Professional Engineer in Florida #54664 and California #32097
- Certified Forensic Mapping Specialist
- ACTAR Accredited Traffic Accident Reconstructionist, #1173
- Certified XL Tribometrist, English XL Variable Incidence Tribometer (CXLT)
- Certified Vetronix Crash Data Retrieval System Operator
- Certified Fire and Explosion Investigator, #8818-3784
- General Industry Outreach Trainer, Occupational Safety and Health Administration

## Formal Education

- Doctor of Philosophy in Engineering Mechanics and Sciences, University of Florida, 1996
- Master of Science in Mechanical Engineering, Florida State University, 1992

## Professional Development

- Applying Automotive EDR Data to Traffic Crash Reconstruction, SAE International, 2014
- Crash Data Retrieval User's Summit, Houston TX, 2014
- Walkway Auditor Training Course, ASTM F2948, Houston TX, 2014
- Accessing and Interpreting Heavy Vehicle Event Data Recorders Seminar, SAE, Oxnard, CA, 2012
- EdgeFX Diagramming and Animation, Visual Statement, Orlando, FL , 2012
- Understanding Slip and Fall Events: A Biomechanical Perspective, University of Southern California,  Los Angeles, CA, 2012
- United States Department of Labor, Occupational Safety and Health Administration, OSHA 503, 2012
- ARC-CSI Crash Conference, Las Vegas, NV, 2010
- Human Factors for Accident Reconstruction, Lake Mary, FL, 2010
- Special Problems in Traffic Crash Reconstruction, Institute of Police Technology and Management, Orlando, FL, 2009
- Update for General Industry Trainers, U.S. Department of Labor, Occupational Safety and Health Administration, 2008
- English Xl Variable Incidence Tribometer Certification Program, 2008
- Forensic Mapping, MJC & Associates, Orlando, FL , 2007
- Basic/Advanced Diagramming and Animation, Visual Statement, Orlando, FL , 2007
- National Fire, Arson, & Explosion Investigation Training Program, NAFI, 2007
- Pro/Engineer Wildfire 2.0, Enser Corporation, Orlando, FL , 2005
- United States Department of Labor, Occupational Safety and Health Administration, Course #503, 2005
- Occupant Kinematics and Injury Mechanisms During Motor Vehicle Collisions, University of California at Riverside, 2004

255 Primera Boulevard, Suite 128, Lake Mary, FL 32746
**TEL** 407-333-2690 ▪ **FAX** 407-333-2485
*reza.vaghar@fet-eng.com*



- Analysis of Collisions Involving Pedestrians or Bicyclists, Collision Safety Institute, Inc., 2004
- Crash Data Retrieval (CDR) System Operator, Collision Safety Institute, Inc., 2003
- Advanced PC-Crash vehicle accident reconstruction simulation, McInnis Engineering, 2003
- PC-Crash vehicle accident reconstruction simulation, McInnis Engineering, 2003
- Fire and explosion investigation, Benedict Engineering Company, 2002
- Traffic Accident Reconstruction, Northwestern University, 2002
- US Department of Labor, Occupational Safety and Health Administration, Course #501, 2002
- Accident Reconstruction for Traffic Engineers, Northwestern University, 2000

## Professional Affiliations

- Accident Reconstruction Network (ARC Network), Member
- National Association of Professional Accident Reconstruction Specialists, Member
- American Society of Mechanical Engineers (ASME), Member
- American Society of Safety Engineers (ASSE), Member
- Florida Engineering Society (FES), Professional Engineer
- Society of Automotive Engineers (SAE) International, Member
- National Association of Fire Investigators (NAFI), Member
- American Society for Testing and Materials (ASTM) International, Member
- National Society of Professional Engineers (NSPE), Member

## Professional Experience

- Project Manager, Forensic Engineering Technologies, LLC, Orlando, FL, 2009 – Present
- Failure Analyst/Mechanical Engineer/Project Manager, Kimley-Horn and Associates, Inc., Orlando, FL, 2006 – 2009
- Consulting Engineer/Team Leader, Benedict Engineering Company, Inc., Tallahassee, FL, 2000 – 2006
- Visiting Scientist, Laboratory for Micromechanics of Materials, Florida State University, FAMU-FSU College of Engineering, Tallahassee, FL, 1998 – 2000
- Post Doctoral Research Associate, Magnet Science and Technology, Florida State University, National High Magnetic Field Laboratory, Tallahassee, FL, 1996 – 1998
- Doctoral Research Assistant, University of Florida, College of Engineering, Gainesville, FL, 1994 – 1996

## Honors and Awards

- Referee for Institute of Physics and Journal of Physics D, Applied Physics
- Technical Evaluator for Society of Automotive Engineers International
- Competent Leader, Toastmasters International, 2003
- Competent Toastmaster, Toastmasters International, 2002
- Award for Academic Achievement, University of Florida, Gainesville, FL, 1995 and 1996
- Who's Who in Science and Engineering, Who's Who in America, Who's Who in the World

255 Primera Boulevard, Suite 128, Lake Mary, FL 32746
**TEL** 407-333-2690 ■ **FAX** 407-333-2485
*reza.vaghar@fet-eng.com*

# Curriculum Vitae
## M. Reza Vaghar, Ph.D., P.E.



## Patent

- Pivotal Guards for Power Hand Tools with Rotating Discs, # 6,699,114.  Issued 3/2/04.

## Teaching Experience – Florida State University, FAMU-FSU College of Engineering, Tallahassee, FL

- Mechanical Engineering Department, Part-time Adjunct Faculty – Courses taught: Computer Aided Design, 2005 –2006
- Mechanical Engineering Department, Part-time Adjunct Faculty – Courses taught: Statics and Mechanics of Materials, 2000

## Publications

- "Data Collection and Simulation Methods Used in Motor Vehicle Accident Reconstruction," Vaghar, M. Reza and D.J. Fournier, Jr. Florida Engineering Society Journal, Volume 60, Number 6, February 2007.
- "A Unified Model for Inelastic Deformation of Polycrystalline Materials - Application to Transient Behavior in Cyclic Loading and Relaxation," H. Garmestani, M. R. Vaghar, and E. W. Hart.  Int. Journal of Plasticity, Vol. 17, No. 10, pp. 1367-1391, Oct. 2001.
- "Viscoplastic Analysis of Structural Polymer Composites Using Stress Relaxation and Creep Data," M. Haik, M. R. Vaghar, H. Garmestani, and M. Shahawy.  Journal of Composites Part B: Engineering, Vol. 32, No. 2, pp. 165-170, March 2001.
- "Stress Analysis of Superconducting Magnets Using Green's Functions Solution," M. R. Vaghar, and H. Garmestani.  ASME Journal of Applied Mechanics, Vol. 68, No. 1, pp. 11-18, January 2001.
- "Roads to 100 T Pulse Magnets," M. R. Vaghar, Y. Eyssa, L. Li, R. Kratz, and H. J. Schneider-Muntau.  IEEE Transactions on Superconductivity, Vol. 10, No. 1, pp. 507-509, January 2000.
- "Generalized Plane Strain Analysis of Superconducting Solenoids," W. D. Markiewicz, M. R. Vaghar, I. R. Dixon, and H. Garmestani.  J. of Applied Physics, Vol. 86, No. 12, pp. 7039-7051, December 1999.
- "Feasibility of Micro-Coils," M. R. Vaghar, S. Wirth, V. Neu, P. Xiong, von Molnar, L. Li, and H. J. Schneider-Muntau.  Proceeding of VIII International Conference on Megagauss Magnetic Field Generation and Related Topics, October 1998.
- "A Possible 100 T Design," R. Kratz, Y. Eyssa, L. Li, H. J. Schneider-Muntau, M. R. Vaghar, and S. W. Van Sciver.  Proceeding of VIII International Conference on Megagauss Magnetic Field Generation and Related Topics, October 1998.
- "Optimal Use of Magnetic Energy in a Magnet," R. Kratz, Y. Eyssa, L. Li, H. J. Schneider-Muntau, M. R. Vaghar, and S. W. Van Sciver.  Proceeding of VIII International Conference on Megagauss Magnetic Field Generation and Related Topics, October 1998.
- "A Poly-Layer Reinforcement Scheme for Pulse Magnets," B. J. Gao, H. J. Schneider-Muntau, Y. Eyssa, M. R. Vaghar, and P. Pernambuco-Wise.  Proceeding of 15th Int. Conf. Mag. Tech., Part I, pp. 648-651, Beijing, 1998.
- "Elastoplastic Stress Analysis of Nb3Sn Superconducting Magnet," M. R. Vaghar, H. Garmestani, and W. D. Markiewicz.  Journal of Applied Physics, Vol. 80, No. 4, pp. 2490-2500, August 1996.
- "A Numerical Three Dimensional Axisymmetric Stress Analysis for Multilayer Elastoplastic High Field Solenoid Magnets," M. R. Vaghar.  Research Report, National High Magnetic Field Laboratory Tallahassee, FL, July 1996.
- "Stress Analysis of Superconducting Solenoid Using Green's Functions Solution," M. R. Vaghar, H. Garmestani, W. Markiewicz, and H. J. Schneider-Muntau.  Annual Research Report, National High Magnetic Field Laboratory, Tallahassee, FL, pp. 118-119, December 1995.
- "Stress Analysis of an Orthotropic Work Hardening Cylinder with Body Force," H. Garmestani, M. R. Vaghar, W. Markiewicz, and N. Chandra.  International Journal of Mechanics of Structures and Machines, Vol. 23, No. 4, pp. 521-548, November 1995.
- "Concept of Plasticity in Solenoid Stress Analysis," H. Garmestani, M. R. Vaghar, and W. Markiewicz.  IEEE Transactions on Magnetics, Vol. 30, No. 4, pp. 2237-2240, July 1994.
- "Generalized Plane Strain Analysis of Solenoid Magnets," W. D. Markiewicz, M. R. Vaghar, I. R. Dixon, and H. Garmestani.  IEEE Transactions on Magnetics, Vol. 30, No. 4, pp. 2233-2236, July 1994.

255 Primera Boulevard, Suite 128, Lake Mary, FL 32746
**TEL**  407-333-2690  ■  **FAX**  407-333-2485
*reza.vaghar@fet-eng.com*



- "Stress Analysis of an Orthotropic Cylinder with Magnetic Body Forces," H. Garmestani, M. R. Vaghar, and W. Markiewicz. Research Report, National High Magnetic Field Laboratory, Tallahassee, FL, December 1993.
- "Generalized Plane Strain Analysis of Solenoid Magnets: Formulation and Examples," W. D. Markiewicz, M. R. Vaghar, I. R. Dixon, H. Garmestani, and J. Jimeian.  Research Report, National High Magnetic Field Laboratory, Tallahassee, FL, September 1993.

## Presentations

- "Enhancing Accident Reconstruction," presented at the Dade County Defense Bar Association, Miami , FL, June 2005
- "Enhancing Accident Reconstruction with the Latest Technology," presented at the Absolute Litigators Conference IX, Professional Education Systems Institute, Las Vegas, NV, April 2004
- "Feasibility of Micro-Coils," presented at the VIII International Conference on Megagauss Magnetic Field Generation and Related Topics, Tallahassee, FL, October 1998.
- "Three-Dimensional Axisymmetric Stress Analysis of High Field Solenoid Magnets," presented at the Magnet Science and Technology Seminars, National High Magnetic Field Laboratory, Tallahassee, FL, December 1996.
- "Stress Analysis of Superconducting Magnets," presented at the Mechanical Engineering Seminars, FAMU-FSU College of Engineering, Tallahassee, FL, August 1996.
- "Closed Form Solutions for Elastoplastic Behavior of Superconducting Magnets and Coils," presented at the Magnet Science and Technology Seminars, National High Magnetic Field Laboratory, Tallahassee, FL, March 1996.
- "Stress Analysis of Superconducting Solenoid Using Green's Functions Solution," presented at the Society of Engineering Science 32nd Technical Meeting, New Orleans, LA, November 1995.
- "Elastic-Plastic Stress Analysis of a Composite Cylinder with Body Forces," presented at the International Conference on Composites Engineering, New Orleans, LA, August 1995.

255 Primera Boulevard, Suite 128, Lake Mary, FL 32746
**TEL** 407-333-2690 ■ **FAX** 407-333-2485
reza.vaghar@fet-eng.com



**Appendix C**

## *Testimony of M. Reza Vaghar, Ph,D., P.E.*

| | |
|---|---|
| **STYLE:** | Margaret Dorman vs. Mid-State Plumbing, Inc.; and Gregory Taylor |
| **CASE NUMBER:** | 2015-CA-000461 |
| **COURT/JUDGE:** | Tenth Judicial Circuit; Polk County, Florida |
| **TESTIMONY DATE:** | Monday, February 22, 2016 |
| **PLAINTIFF COUNSEL:** | Ronnie M. Gotti, Esq.; Shiner Law Group, P. A. (client) |
| **DEFENSE COUNSEL:** | Michael L. Forte, Esq; Rumberger, Kirk & Caldwell, P.A. |
| **SUBJECT:** | Auto crash |

| | |
|---|---|
| **STYLE:** | Suzanne Rochette vs. Mariner's Way at New Port Richey Condominium Association |
| **CASE NUMBER:** | 11-11410-CI-15 |
| **COURT/JUDGE:** | Sixth Judicial Circuit; Pinellas County, Florida |
| **TESTIMONY DATE:** | Thursday, January 14, 2016 |
| **PLAINTIFF COUNSEL:** | Gregory J. Perenich, Esq.; Perenich Law Firm |
| **DEFENSE COUNSEL:** | Matthew J. Haftel, Esq.; O'Connor & O'Connor, LLC |
| **SUBJECT:** | Slip and fall on stone path |

| | |
|---|---|
| **STYLE:** | Peter Gomes vs. Brent Wolmer |
| **CASE NUMBER:** | 50 2014 CA 001830 |
| **COURT/JUDGE:** | Fifteenth Judicial Circuit; Palm Beach County, Florida |
| **TESTIMONY DATE:** | Tuesday, October 13, 2015 |
| **PLAINTIFF COUNSEL:** | Phillip C. Houston, Esq.; Phillip C. Houston, P.A. |
| **DEFENSE COUNSEL:** | Thomas R. Glasson, Esq.; Kirwan, Spellacy & Danner, P.A. (client) |
| **SUBJECT:** | Auto crash |

| | |
|---|---|
| **STYLE:** | Robert F. Thompson vs. Jones Lang LaSalle Americas, Inc. |
| **CASE NUMBER:** | 2012-CA-8131-0 |
| **COURT/JUDGE:** | Ninth Judicial Circuit; Orange County, Florida |
| **TESTIMONY DATE:** | Thursday, July 09, 2015 |
| **PLAINTIFF COUNSEL:** | Travis J. Stulz, Esq.; Scoma Law Firm (client) |
| **DEFENSE COUNSEL:** | Howard A. Stone, Esq.; Marlow, Adler, Abrams, Newman & Lewis |
| **SUBJECT:** | Slip and fall on wet floor |

| | |
|---|---|
| **STYLE:** | Judith Nash vs. Krystal Koach, Inc. |
| **CASE NUMBER:** | 2011-137-GCS |
| **COURT/JUDGE:** | Tenth Judicial Circuit; Highlands County, Florida |
| **TESTIMONY DATE:** | Monday, September 15, 2014 |
| **PLAINTIFF COUNSEL:** | W. Riley Allen, Esq.; Riley Allen Law |
| **DEFENSE COUNSEL:** | Brian W. Lown, Esq.; Wilcox & Savage, P.C. (client) |
| **SUBJECT:** | Auto crash |

## *Testimony of M. Reza Vaghar, Ph,D., P.E.*

| | |
|---|---|
| **STYLE:** | Wilfredo Rodriguez vs. Tawanna Monique Pollock and Professional Probation Services, Inc. |
| **CASE NUMBER:** | 2013CA016034 |
| **COURT/JUDGE:** | Fifteenth Judicial Circuit; Palm Beach County, Florida |
| **TESTIMONY DATE:** | Tuesday, August 19, 2014 |
| **PLAINTIFF COUNSEL:** | Mark T. Luttier, Esq.; Critton, Luttier & Coleman |
| **DEFENSE COUNSEL:** | Nicole E. Jacomo, Esq.; Kirwan, Spellacy & Danner, P.A. (client) |
| **SUBJECT:** | Auto crash |

| | |
|---|---|
| **STYLE:** | Ifatunbi Adefunmi vs. Sheridan Ocean Club, Sheridan Ocean Club Master Association, Inc.; Equity Residential Management, LLC, Equity Residential Properties Management Corp. II; and ERP Operating Limited Partnership |
| **CASE NUMBER:** | 11-00232 (14) |
| **COURT/JUDGE:** | Seventeenth Judicial Circuit; Broward County, Florida |
| **TESTIMONY DATE:** | Wednesday, May 28, 2014 |
| **PLAINTIFF COUNSEL:** | Scott L. Henratty, Esq.; Malove Henratty, P.A. |
| **DEFENSE COUNSEL:** | Joel R. Wolpe, Esq.; Wolpe Leibowitz & Fernandez, L.L.P. (client) |
| **SUBJECT:** | Slip and fall on stair |

| | |
|---|---|
| **STYLE:** | John and Ann Hollod vs. Jade Products Company, Twin Eagles, Inc., Country Club Homes of Florida, Inc., Total Comfort Gas, Inc., Grill & Hearth, Inc. and Suburba Propane, LP (2275) |
| **CASE NUMBER:** | 2008 CA 002040 |
| **COURT/JUDGE:** | Seventh Judicial Circuit; Flagler County, Florida |
| **TESTIMONY DATE:** | Wednesday, October 27, 2010 |
| **PLAINTIFF COUNSEL:** | Michael J. Walker, Esq.; R. Matthews Miles, Jr. P. A. |
| **DEFENSE COUNSEL:** | Michael LeRoy, Esq.;  Fulmer, LeRoy, Albee, Baumann & Glass, P.L.C. (client) |
| **SUBJECT:** | Built-in gas grill fire |

| | |
|---|---|
| **STYLE:** | Carlos Guzman vs. Burris Logistics, Inc., Ryder Truck Rental, Inc. and William A. Pantoja (2116) |
| **CASE NUMBER:** | 08-CA-009425 AN |
| **COURT/JUDGE:** | Ninth Judicial Circuit; Osceola County, Florida |
| **TESTIMONY DATE:** | Thursday, May 06, 2010 |
| **PLAINTIFF COUNSEL:** | Victor Vasquez, Esq.; The Littlefield Law Group, P.A. (client) |
| **DEFENSE COUNSEL:** | C. Christopher Killer, Esq.; Law Office of J. Christopher Norris |
| **SUBJECT:** | Auto crash |

| | |
|---|---|
| **STYLE:** | Mark Keels and Derryl Keels, as Personal Representatives of the Estates of Vickie Lynn Thompson and Martha C. Keels vs. Selena S. Plummer, Bryan Plummer, individually, and Bryan Plummer d/b/a Hydra Stone (049220029.2) |
| **CASE NUMBER:** | 04-2004-CA-425 |
| **COURT/JUDGE:** | Eighth Judicial Circuit; Bradford County, Florida |
| **TESTIMONY DATE:** | Thursday, June 12, 2008 |
| **PLAINTIFF COUNSEL:** | D. Andrew Vloedman, Esq.; Perry & Vloedman |
| **DEFENSE COUNSEL:** | Reinald Werrenrath, III, Esq.; Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, P.A. (client) |
| **SUBJECT:** | Auto crash |

## *Testimony of M. Reza Vaghar, Ph,D., P.E.*

| | |
|---|---|
| **STYLE:** | State of Florida vs. Brandon A. Kephart (149115005.2) |
| **CASE NUMBER:** | 0776FKH (citation #) |
| **COURT/JUDGE:** | Seventh Judicial Circuit; Volusia County, Florida, Honorable John R. Smi th |
| **TESTIMONY DATE:** | Monday, June 09, 2008 |
| **PLAINTIFF COUNSEL:** | |
| **DEFENSE COUNSEL:** | Warren W. Lindsey, Esq.; Kirkconnell, Lindsey, Snure and Yates, P.A. (client) |
| **SUBJECT:** | Auto crash |

| | |
|---|---|
| **STYLE:** | State of Florida vs. Shawn M. Walker (149115004.2) |
| **CASE NUMBER:** | 07-CR-991 |
| **COURT/JUDGE:** | Ninth Judicial Circuit; Osceola County, Florida |
| **TESTIMONY DATE:** | Tuesday, April 15, 2008 |
| **PLAINTIFF COUNSEL:** | Michelle Heller, Esq.; Florida State Attorney's Office |
| **DEFENSE COUNSEL:** | Kirk N. Kirkconnell, Esq.; Kirkconnell, Lindsey, Snure & Yates, P.A. (client) |
| **SUBJECT:** | Auto crash |

| | |
|---|---|
| **STYLE:** | State of Florida vs. Nathaniel Jones (149209000.2) |
| **CASE NUMBER:** | CF06-009294-XX |
| **COURT/JUDGE:** | Tenth Judicial Circuit; Polk County, Florida |
| **TESTIMONY DATE:** | Friday, February 29, 2008 |
| **PLAINTIFF COUNSEL:** | Peter Sternlicht, Esq.; Florida State Attorney's Office |
| **DEFENSE COUNSEL:** | Lawrence D. Shearer, Esq.; McDonald & Shearer, P.A. (client) |
| **SUBJECT:** | Auto/motorcycle crash |

| | |
|---|---|
| **STYLE:** | Bonnie Bouchard vs. Lowe's Home Centers, Inc., and Julie's Topsiders (049245004.2) |
| **CASE NUMBER:** | 94-CA-3489 |
| **COURT/JUDGE:** | Ninth Judicial Circuit; Orange County, Florida |
| **TESTIMONY DATE:** | Wednesday, August 09, 2006 |
| **PLAINTIFF COUNSEL:** | Scott Santos, Esq.; David, McElyea & Santos, P.A. |
| **DEFENSE COUNSEL:** | John R. McDonough, Esq.; McDonough & Wieland (client) |
| **SUBJECT:** | Plastic chair failure |

| | |
|---|---|
| **STYLE:** | David Clooney vs. The West Bradenton Baptist Church (149057000.2) |
| **CASE NUMBER:** | 05-CA-3817 |
| **COURT/JUDGE:** | Twelfth Judicial Circuit; Manatee County, Florida |
| **TESTIMONY DATE:** | Friday, June 09, 2006 |
| **PLAINTIFF COUNSEL:** | Derek Reams, Esq.; Leonard A. McCue, P.A. (client) |
| **DEFENSE COUNSEL:** | Stephen Lawler, Esq.; Butler Pappas Weihmuller Katz Craig, L.L.P. |
| **SUBJECT:** | Trip and fall on stair |

# Appendix D


# The consultants at FET have the following hourly rates:

| | |
|---|---|
| Donald J. Fournier, Jr., P.E. | $360 |
| Christopher M. Stewart, P.E. | $300 |
| Ying Lu, Ph.D. | $260 |
| M. Reza Vaghar, Ph.D., P.E. | $260 |
| Steven W. Mitchell, Ph.D., P.E. | $260 |
| R. Keith Warren, ACTAR | $260 |
| Justin F. Morgan, Ph.D. | $230 |
| Phillip B. Rossow, CFEI, CVFI | $200 |
| Greg Dorn | $180 |
| Chip O'Toole | $180 |
| Don Macher | $180 |
| Chris Leone | $150 |
| Adam Diaz | $150 |
| Technician | $100 |



February 26,2016

Henry A. Seiden, Esq.
Seiden Law
6274 Linton Blvd., Suite 103
Delray Beach, FL 33484-6508

# *INVOICE*

Matter ID:  4944 - Zarfaty v Garden Fresh                Matter Producer:    RV

Claim/File:   Henry

Invoice #: 18221
Federal ID #: 27-0410219

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 02/23/2016 | RV | Inspect, document and measure the accident site in Plantation, FL. | 11.00 hr | $2,860.00 |
| 02/26/2016 | RV | Review photographs and note.   Provide report of findings.   Sent photographs to counsel. | 3.25 hr | 845.00 |
| | | | Total Professional Services: | $3,705.00 |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| 02/23/2016 | RV | Roundtrip travel from Lake Mary to Plantation, Florida (510 miles @ $0.54 per mile). | $275.40 |
| | | Total Disbursements Incurred: | $275.40 |

### *INVOICE SUMMARY*

| | | |
|---|---|---|
| For   Professional Services: | *14.25*  Hours | *$3,705.00* |
| For Disbursements Incurred: | | *275.40* |
| **Total Due:** | | ***$3,980.40*** |
| Balance in Retainer: | *$0.00* | |